IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES LEE ANTHONY,

    Plaintiff,

v.                            CASE NO. 5:15-cv-00226-MP-GRJ

STOIC, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 3, 2016. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Leave to proceed as a pauper is REVOKED, and that this case is DISMISSED without prejudice pursuant to the 28 U.S.C. § 1915(g) three-strikes bar..

**DONE AND ORDERED** this _6th_ day of June, 2016

                                      *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge